COOLEY GODWARD KRONISH, LLP
STEVEN L. FRIEDLANDER, State Bar No. 154146
E-mail:  friedlander@cooley.com
CHARLES M. SCHAIBLE, State Bar No. 173107
E-mail:  cschaible@cooley.com
101 California Street, 5th floor
San Francisco, CA  94111-5800
Tel:  (415) 693-2000
Fax:  (415) 693-2222

Attorneys for Defendant Trinet Group, Inc.

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE, State Bar No. 120002
E-mail:  dmaguire@bwslaw.com
EDITH S. SHEA, State Bar No. 177578
E-mail:  eshea@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, California  90017
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Plaintiff The Guardian Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OGLC, LLC, a Corporation, and TRINET GROUP, INC.,<br><br>　　　　Defendants. | CASE NO. C07-01300JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE [PROPOSED] ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff The Guardian Life Insurance Company of America and Defendant TriNet Group, Inc. hereby stipulate, by and through their counsel of record, that the above-referenced case shall be dismissed with prejudice, with the parties to bear their own separate expenses, costs, and attorneys' fees.

DATED: January 15, 2008

COOLEY GODWARD KRONISH, LLP
STEVEN L. FRIEDLANDER
CHARLES M. SCHAIBLE,


By: */s/ Charles M. Schaible [as authorized on January 9, 2008]*
CHARLES M. SCHAIBLE
Attorneys for Defendant Trinet Group, Inc.

DATED: January 15, 2008

BURKE, WILLIAMS & SORENSEN LLP
DANIEL W. MAGUIRE
EDITH S. SHEA


By: */s/ Edith S. Shea*
EDITH S. SHEA
Attorneys for Plaintiff The Guardian Life Insurance Company of America

# **O R D E R**

IT IS SO ORDERED. The Court vacates all previously scheduled pretrial and trial deadlines. The clerk shall close this file.

DATED: January 22, 2008

*/s/ James Ware*
JUDGE, UNITED STATES DISTRICT COURT